162 So. 684

### SAINT PAUL FIRE & MARINE INS. CO. et al. v. Etta B. HOWARD et al.
### 5 Div. 202.

Supreme Court of Alabama.
June 29, 1935.

Denson & Denson, of Opelika, H. A. Ferrell, of Seale, and Lange, Simpson & Brantley, of Birmingham, for appellants.

Jacob A. Walker, of Opelika, for appellee.

BOULDIN, Justice.

This is a companion case and governed by the same principles as Franklin Fire Insurance Co. et al. v. Etta B. Howard, ante, p. 666, 162 So. 683.

This cause is affirmed on the authority of the decision in that case.

Affirmed.

ANDERSON, C. J., and GARDNER, and FOSTER, JJ., concur.